IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LENE WASHINGTON,

      Appellant,

v.

BRANCH BANK AND TRUST,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-911

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Duval County.
L. Haldane Taylor, Judge.

Lene Washington, pro se, Appellant.

Charles P. Gufford, of McCalla Raymer, LLC, Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.